UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 09-00120-CJC (RNBx)                              Date: March 19, 2010

Title: <u>DOROTHY CALABRESE v. U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES</u>

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Terri Steele | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                          None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER LIFTING STAY AND ORDER TO SHOW CAUSE WHY JUDGMENT SHOULD NOT BE ENTERED IN FAVOR OF DEFENDANT**

    Plaintiff Dr. Dorothy Calabrese alleges that the Department of Health and Human Services ("DHHS") is violating the Fifth Amendment's due process clause by wrongfully denying coverage for services provided to patients with chemical sensitivity. (First Amended Complaint ("FAC") ¶¶ 2, 4, 7-8.) By order dated June 9, 2009, the Court stayed this case until the Court would have the opportunity to issue a final judgment as to the appropriateness of Administrative Law Judge ("ALJ") Richard Gould's determination that Dr. Calabrese had been overpaid for services provided to her patients and was liable to reimburse Medicare. By order dated March 8, 2010, the Court affirmed ALJ Gould's decision. The Court now LIFTS the stay in this case and issues this ORDER TO SHOW CAUSE why judgment should not be entered in favor of DHHS due to insufficient evidence to show that DHHS has violated the Constitution. Any opposition to this order to show cause shall be filed on or before April 16, 2010. Any reply shall be filed on or before April 30, 2010. The matter will stand submitted upon receipt of all papers, and the Court will schedule a hearing if necessary.

imd

MINUTES FORM 11
CIVIL-GEN                                                                                         Initials of Deputy Clerk TS