JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

|  |  |
|---|---|
| **DOROTHY CALABRESE, M.D.,**<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES ET AL.,**<br><br>    **Defendants.** | Case No.: SACV09-00120-CJC(RNBx)<br><br>**ORDER DISMISSING ACTION** |

    This matter is one of many cases filed by Plaintiff Dr. Dorothy Calabrese and various co-plaintiffs against the Government.[1] All of the actions stem from the Government's refusal to provide Medicare coverage for treatments provided by Dr. Calabrese to her patients. In the instant action, Dr. Calabrese alleges that Defendants

---

[1] Plaintiffs also move for voluntary recusal pursuant to 28 U.S.C. § 455(a). ). "A judge's previous adverse ruling alone is not a sufficient bias." *Mayes v. Leipziger*, 729 F.2d 605, 607 (9th Cir. 1984). Plaintiffs have failed to demonstrate that the Court's impartiality may reasonably be questioned. 28 U.S.C. § 455(a).

1  discriminated against her by denying coverage for transfer factor treatment in violation of
2  the Fifth Amendment's due process clause.  The Court previously stayed this case
3  pending Plaintiffs' exhaustion of administrative remedies.  By order dated March 8,
4  2010, the Court affirmed the Secretary's decision in full in a related case, *Dorothy*
5  *Calabrese, M.D. et al. v. U.S. Department of Health and Human Services et al.*, Case No.
6  09-00152-CJC.  Subsequently, the Court ordered Plaintiffs to show cause why judgment
7  should not be entered in this matter in favor of Defendants due to insufficient evidence to
8  show that Plaintiff's constitutional rights have been violated.  Dr. Calabrese has not
9  provided any evidence or legal authority to establish a violation of her Constitutional
10 rights.  Accordingly, the Court DISMISSES this action WITH PREJUDICE.[2]

12    DATED:    August 13, 2010

          _____
14                CORMAC J. CARNEY
15             UNITED STATES DISTRICT JUDGE

---

[2] Plaintiffs' Request for Oral Advocacy is DENIED.